ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. |
| v. | 3-23CR0201-B |
| CEDRIC DEMON MALLARD | |

# INDICTMENT

The Grand Jury charges:

### Count One
### Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C § 841(a)(1) and (b)(1)(C))

On or about March 15, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Cedric Demon Mallard**, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

Indictment—Page 1

Forfeiture Notice
(21 U.S.C. § 853(a))

Upon conviction of the offense alleged in Count One of this indictment and pursuant to 21 U.S.C. § 853(a), the defendant, **Cedric Demon Mallard**, shall forfeit to the United States of America any property constituting or derived from proceeds obtained, directly or indirectly, as a result of the offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

This property includes, but is not limited to, the following:

1. $4,379 in United States currency seized on March 15, 2023;

2. a Revelation, Model 335, .410-gauge shotgun, with no serial number;

3. a Smith & Wesson, model M&P Bodyguard, .380 caliber pistol, bearing serial number KBV8470; and

4. any ammunition recovered with the above-referenced firearms.


A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
L. RACHAEL JONES
Assistant United States Attorney
Texas State Bar No. 24032481
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:   214-659-8600
Facsimile:   214-659-8803
E-mail: rachael.jones@usdoj.gov

Indictment—Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CEDRIC DEMON MALLARD

INDICTMENT

21 U.S.C § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance
(Count 1)

Forfeiture Notice
21 U.S.C. § 853(a)

1 Count

A true bill rendered

_____
DALLAS                                                              FOREPERSON

Filed in open court this _16_ day of May, 2023.

----

**Warrant to be Issued - In State Custody**

----

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-MJ-307-BH